**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

NELSON R. LYNCH,                    )
                                    )
              Petitioner,           )
                                    )
       vs.                          )        NO. CIV-06-0099-HE
                                    )
JUSTIN JONES,                       )
                                    )
              Respondent.           )

**ORDER**

Petitioner, a state prisoner appearing pro se, seeks a writ of habeas corpus pursuant

to 28 U.S.C. § 2254.  Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to

Magistrate Judge Valerie K. Couch who issued her Report and Recommendation,

recommending that the petition be denied.  In particular, Judge Couch determined that

petitioner's trial and appellate counsel were not ineffective and that his arrest and the search

of his vehicle did not violate his Fourth Amendment rights.  In addition, Judge Couch

determined that petitioner's claim of an unlawful sentence did not warrant habeas corpus

relief.  The matter is currently before the court on petitioner's objection to the Report and

Recommendation.[1]

Having considered the matter de novo, the court concurs with Judge Couch's

conclusion that petitioner is not entitled to habeas corpus relief.  Accordingly, the Report and

---

[1]*Because petitioner has objected to the Report and Recommendation, the matter is reviewed de novo.  28 U.S.C. § 636(b)(1)(C).*

Recommendation is **ADOPTED** in its entirety.  Petitioner's petition for writ of habeas

corpus is **DENIED**.

      **IT IS SO ORDERED**.

Dated this 28th day of July, 2006.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE